```
KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
```

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| AIFENG SU, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; et al., <br><br>　　　　　Defendants. | Case No. 06-5168 JW <br><br>**STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |

　　Plaintiff, appearing by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to adjudicate such application within 14 days of the dismissal of this action.

　　Each of the parties shall bear their own costs and fees.

///

///

///

///

///

Stip. to Dismiss
C 06-5168

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: September 20, 2006 | Respectfully submitted, |
| 3 | | KEVIN V. RYAN<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: September 20, 2006

/s/
STANLEY CHAO
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   9/21/06

JAMES WARE
United States District Judge

Stip. to Dismiss
C 06-5168                              2